FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 20 2012 ★

LONG ISLAND OFFICE

JJD:MPC
F.# 2012R00850

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JAY KROLL,

           Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

CR. No. 12 411
(T. 18, U.S.C., §§
2252(a)(2), 2252(a)(4)(B),
2252(b)(1), 2252(b)(2),
2253 and 3551 et seq.; T.
21, U.S.C., § 853(p))

WEXLER, J
TOMLINSON, M

THE GRAND JURY CHARGES:

COUNT ONE
(Receipt of Child Pornography)

    1. On or about September 19, 2009, within the Eastern District of New York and elsewhere, the defendant JAY KROLL did knowingly and intentionally receive one or more visual depictions, to wit: the images depicted in the computer files: "(new)JIM10yo-rare_complete_.avi" and "Sasha.avi," using a means and facility of interstate and foreign commerce and which visual depictions had been mailed, and shipped and transported in and affecting interstate and foreign commerce, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

    (Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 3551 et seq.)

2

## COUNT TWO
(Possession of Child Pornography)

2.  On or about May 24, 2012, within the Eastern District of New York, the defendant JAY KROLL did knowingly and intentionally possess matter containing one or more visual depictions, to wit: images in computer files, in and affecting interstate and foreign commerce, and which visual depictions had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

3.  The United States hereby gives notice to the defendant charged in Counts One and Two that, upon his conviction of any of the charged offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253, of: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which

3

was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s) of conviction; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s) of conviction or any property traceable to such property, including, but not limited to:

    a. two Hewlett Packard laptop computers, serial numbers CNF1190890 and 5CD2088DX6;

    b. two Hewlett Packard desktop computers, serial numbers 4CE0470MBQ and N3CR9230NTQ;

    c. one Western Digital external hard drive, serial number WCAV5J669776; and

    d. one Apple I-Phone, identification number 579C-A1203B.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

4

        d. has been substantially diminished in value;

or

        e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2253; Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2012R00850
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

JAY KROLL

Defendant.

## INDICTMENT

T. 18, U.S.C., §§ 2252(a)(2),
2252(a)(4)(B), 2252(b)(1), 2252(b)(2),
2253 and 3551 et seq.;
T. 21, U.S.C., § 853(p)

*A true bill.*

_____
*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* ____

_____
*Clerk*

*Bail,* $ _____

Michael P. Canty, Assistant United States Attorney, (718) 254-6032