# GROSSMAN & RINALDO
### ATTORNEYS AT LAW

STUART J. GROSSMAN
PAUL P. RINALDO

108-18 QUEENS BOULEVARD
8TH FLOOR, SUITE 5
FOREST HILLS, NEW YORK 11375
(718) 520-8722
FAX (718) 793-0894
E-MAIL: grossmanrinaldo@aol.com

January 23, 2014

VIA ECF

The Honorable Leonard D. Wexler
United States District Judge
Eastern District of New York
940 Federal Plaza
Central Islip, New York 11722

        Re: United States v. Jay Kroll
            Ind. No. 12 CR 411 (LDW)

Dear Judge Wexler:

    I respectfully request a one week adjournment until January 31, 2014 to file motions. This will extend the government's time to respond until February 28, 2014. The date of my reply, March 7, 2014, and the court date, March 14, 2014, will not be affected. I left a telephone message and sent an email earlier this week to AUSA Michael Canty who has not responded.

    Thank you for your attention.

                                Very truly yours,

                                Stuart J. Grossman

cc.: AUSA Michael Canty, via ECF
     Jay Kroll