UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -                                                             12-CR-411 (LDW)

JAY KROLL,

               Defendant.

– – – – – – – – – – – – – – – – –X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Saritha Komatireddy from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Saritha Komatireddy
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 4th Floor
    Brooklyn, New York 11201
    Tel: (718) 254-6054
    Fax: (718) 254- 6076
    Email: Saritha.Komatireddy@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Saritha Komatireddy at the email address set forth above.

Dated: Brooklyn, New York
July 31, 2014

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: /s/ Saritha Komatireddy
Saritha Komatireddy
Assistant U.S. Attorney

cc: Clerk of the Court (LDW)