UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY
★ MAY 18 2015 ★
LONG ISLAND OFFICE

---------------------------------X
United States of America

 -against-

Jay Kroll

                     **Defendant**
---------------------------------X

ORDER
12-CR-0411 (LDW)(AKT)

The above-named defendant pleaded **GUILTY** before United States Magistrate Judge A. Kathleen Tomlinson on May 15, 2015. Upon completion of the proceeding, the Magistrate Judge recommended that the District Court accept the defendant's guilty plea.

Having reviewed the plea minutes, the Court finds that the defendant's guilty plea was entered voluntarily and intelligently, and that he fully understands his rights and the consequences of his plea, and that there is a factual basis for the plea.

Therefore, it is hereby **ORDERED** that the defendant's guilty plea is accepted.

SO ORDERED:

s/ Leonard D. Wexler
_____
Leonard D. Wexler
Senior U.S.D.J.

Dated: May ___, 2015
Central Islip, New York